1014

[Nos. 33289-6-III; 33290-0-III.   Division Three.   May 24, 2016.]

In the Matter of the Parental Rights to F.H. ET AL.

Appeals from a judgment of the Superior Court for Pend Oreille County, No. 13-7-00039-8, Allen Nielson, J., entered April 9, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33672-7-III.   Division Three.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KURTIS SCOTT PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00481-1, Evan E. Sperline, J., entered August 4, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 32899-6-III.   Division Three.   May 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY E. DICKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00284-2, James M. Triplet, J., entered October 23, 2014. *Remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 32900-3-III.   Division Three.   May 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN GLEN BURNLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-02419-4, James M. Triplet, J., entered October 21, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.